# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 25TH JUDICIAL DISTRICT COURT OF GUADALUPE COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on November 5, 2014, the cause upon appeal to revise or reverse your judgment between

Waylin Lee Wiedenfeld, Appellant(s)

V.

The State of Texas, Appellee(s)

No. 04-13-00873-CR   and    Tr. Ct. No. 10-1207-CR

was determined, and therein our Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the motion to withdraw is GRANTED and the trial court's judgment is AFFIRMED AS MODIFIED. Specifically, we order the nunc pro nunc judgment modified to reflect the imposition of $1,000.00 in fines. We further order the trial court to amend its withdrawal notification in accordance with the modified judgment.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

Witness the Hon. Catherine Stone, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on January 5, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 3853